

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 4/16/2014

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

---

In re:                                          Case No. 10-05098-RM3-7
Erik Devlin Lindblom and Deborah Lynn Lindblom   Chapter 7
Debtor(s)                                        Judge: Randal S. Mashburn

---

### ORDER WITHDRAWING MOTION SEEKING UNCLAIMED FUNDS

---

In this case the instant matter before the court arises out of a motion filed by movant-claimant, Bank of America, N.A., c/o Dilks & Knopik, LLC, ("Movants"), who asserts entitlement to certain monies previously paid to the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

However, there is more documentation necessary to provide sufficient evidence that claimant is entitled to said funds. Further, this documentation will likely take weeks to gather. Therefore, this Motion is Withdrawn, without predjudice.

**IT IS SO ORDERED THAT:**

1. The instant Motion Seeking Unclaimed Funds is Withdrawn, without prejudice.

###

APPROVED:

/s/ Holly W. Schumpert_____
Holly W. Schumpert #15658
Attorney for Debtor
2552 Poplar Avenue, Suite 4F
Memphis, TN 38112
(901) 323-9000
holleyschumpert@att.net

cc:
Asst. U.S. Attorney, Steve Jordan, Esq., 110 9th Avenue South, Suite #A-961, Nashville, TN 37203

U.S. Trustee, 701 Broadway, Customs House, Suite #318, Nashville, TN 37203

Bank of America, N.A., Huntington Park BC, 125 Dupont Dr., Providence, RI 02907

Bank of America, N.A., c/o Dilks & Knopik, 35308 SE Center St., Snoqualmie, WA 98065

Erik Devlin Lindblom and Deborah Lynn Lindblom, 4757 Kinney School Road, Springfield, TN 37172 (last known address)

Steven L. Lefkovitz, Attorney for Debtors, 618 Church St., Suite 410, Nashville, TN 37219

Case Trustee, Eva M. Lemeh, 4300 Kings Lane, Nashville, TN 37218

Clerk of Court, Attn: Financial Section , Room 200, 2nd Floor, Customs House, 701 Broadway, Nashville, TN 37203

Attorney for movant, Holly Schumpert, 2552 Poplar Avenue, Suite 4F, Memphis, TN 38112

This Order was signed and entered electronically as indicated at the top of the first page.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.