UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

_____

In re:
Emanuele Raymond Butera and Jennifer Carol Butera     Case No. 07-02736-RM3-7
Debtor(s)                                              Chapter 7
                                                       Judge: Randal S. Mashburn

_____

MOTION TO WITHDRAW UNCLAIMED FUNDS
_____

    COMES NOW, American Mail & Insert, c/o Dilks & Knopik, LLC, by and through counsel, Holly W. Schumpert, Attorney at Law, moves this Court for an order directing the Clerk to remit to the applicant the sum of $1,486.52, which was deposited into the Treasury of the United States as unclaimed funds for American Mail & Insert, Claimant.

Applicant certifies, under penalty of perjury, that:
(1) Applicant has conducted a reasonable investigation.
(2) The money on deposit with the Treasury of the United States is owed to Claimants.
(3) The funds sought have not been paid to Claimants or to any agent on Claimants' behalf.
(4) Applicant has authority to collect the funds on behalf of the Claimant as
    evidenced by the attached original Limited Power of Attorney from Claimant or
    authorized representative of Claimant.
(5) No other motion is pending the recovery of the same unclaimed funds.
(6) Applicant has complied fully with requirements of 28 U.S.C. §2042.

Dated: April 16, 2013

    Respectfully Submitted,

    /s/ Holly W. Schumpert
    Holly W. Schumpert #15658
    2552 Poplar Avenue, Suite 4F
    Memphis, TN 38112
    (901) 323-9000
    holleyschumpert@att.net

Attachments:
(1) **Power of Attorney** or other proof if Claimant is represented by an agent or attorney.
(2) **Proof of identity:** If Applicant is the Claimant and if the Claimant is an individual, a copy of the individual's driver's license or other photo identification.
(3) **Proof that the funds are owed to Claimant:** Any supporting documentation that proves the claimant is entitled to the funds requested. This can be in the form of a copy of

the proof of claim, the trustee's report of unclaimed funds, or the Order of Distribution.

## CERTIFICATE OF SERVICE

I hereby certify that in the 16th day of April, 2013, I caused to be mailed a copy of the foregoing by E-mail, Fax or U.S. Mail, first class, postage pre-paid to:

Asst. U.S. Attorney, Steve Jordan, Esq., 110 9th Avenue South, Suite #A-961, Nashville, TN 37203

U.S. Trustee, 701 Broadway, Customs House, Suite #318, Nashville, TN 37203

American Mail & Insert, 7104 Crossroads Blvd., Suite 110, Brentwood, TN 37027-2913

John C. McLemore, Attorney for Emanuele Raymond Butera, P.O. Box 158246, Nashville, TN 37215-9848

Emanuele Raymond Butera, 301 Royal Oaks Blvd., Apt. 3108, Franklin, TN 37067 (last known Address)

Jennifer Carol Butera, 7061 Nolen Park Cir., Nolensville, TN 37135 (last known address)

Joseph P. Rusnak, Attorney for Jennifer Carol Butera, 315 Deaderick St., Suite 1700, Nashville, TN 37238

Case Trustee, M. Gigandet, 208 Centre St., Pleasant View, TN 37146

Clerk of Court, Attn: Financial Section, Room 200, 2nd Floor, Customs House, 701 Broadway, Nashville, TN 37203

/s/ Holly W. Schumpert
Holly W. Schumpert #15658
2552 Poplar Avenue, Suite 4F
Memphis, TN 38112
(901) 323-9000
holleyschumpert@att.net