UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

_____

In re:
Emanuele Raymond Butera and Jennifer Carol Butera        Case No. 07-02736-RM3-7
Debtor(s)                                                JUDGE: Randal S. Mashburn
                                                         Chapter 7

_____

THE DEADLINE FOR FILING A TIMELY RESPONSE IS: May 8, 2013 @9:00 AM
IF RESPONSE IS TIMELY FILED, THE HEARING WILL BE: May 21, 2013 @ 9:00
AM LOCATED IN COURTROOM 1, 701 BROADWAY, NASHVILLE, TENNESSEE

_____

**NOTICE OF MOTION TO WITHDRAW UNCLAIMED FUNDS**

American Mail & Insert, c/o Dilks and Knopik LLC, Claimant, by and through counsel, Holly W. Schumpert. Attorney at Law, has asked the court for the following relief: an order directing the Clerk to remit to the applicant the sum of $1,486.52, which was deposited into the Treasury of the United States as unclaimed funds for American Mail & Insert.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before May 8, 2013, you or your attorney must:

1. File with the court your written response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE AN ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT:http://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615)736-5584. You may also visit the Bankruptcy Court in person at:701 Broadway, 1st Floor, Nashville, T(Monday-Friday, 8:00 A.M.-4:00P.M.).

2. **Your response must state that the deadline for filing responses is May 8, 2013, the date of the scheduled hearing May 21, 2013 and the motion to which you are responding is Motion To Withdraw Unclaimed Funds.**

3. You must serve your response or objection **by electronic service through the Electronic Filing System** described above. You must also mail a copy of your response or objection to:

Asst. U.S. Attorney, Steve Jordan, Esq., 110 9th Avenue South, Suite #A-961, Nashville, TN 37203

U.S. Trustee, 701 Broadway, Customs House, Suite #318, Nashville, TN 37203

American Mail & Insert, 7104 Crossroads Blvd., Suite 110, Brentwood, TN 37027-2913

John C. McLemore, Attorney for Emanuele Raymond Butera, P.O. Box 158246, Nashville, TN 37215-9848

Emanuele Raymond Butera , 301 Royal Oaks Blvd., Apt. 3108, Franklin, TN 37067 (last known Address)

Jennifer Carol Butera, 7061 Nolen Park Cir., Nolensville, TN 37135 (last known address)

Joseph P. Rusnak, Attorney for Jennifer Carol Butera, 315 Deaderick St., Suite 1700, Nashville, TN 37238

Case Trustee, M. Gigandet, 208 Centre St., Pleasant View, TN 37146

Clerk of Court, Attn: Financial Section , Room 200, 2nd Floor, Customs House, 701 Broadway, Nashville, TN 37203

Attorney for movant, Holly Schumpert, 2552 Poplar Avenue, Suite 4F, Memphis, TN 38112

If the response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's Office at (615)736-5584 or viewing the case on the Court's website at::**http://ecf.tnmb.uscourts.gov** .

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Date: April 16, 2013

                                              Respectfully Submitted,

                                              /s/ Holly W. Schumpert
                                              Holly W. Schumpert #15658
                                              2552 Poplar Avenue, Suite 4F
                                              Memphis, TN 38112
                                              (901) 323-9000
                                              holleyschumpert@att.net