IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EMANUELE RAYMOND BUTERA and | ) | CASE NO. 07-02736 |
| JENNIFER CAROL BUTERA, | ) | CHAPTER 7 |
| | ) | Judge Harrison |
| Debtors. | ) | |

## POWER OF ATTORNEY

I hereby appoint Dudley A. Cheadle as my attorney to collect unclaimed funds on behalf of Fitness Expectations, LLC.

I am over the age of eighteen and have authority to sign on behalf of Fitness Expectations, LLC.

FITNESS EXPECTATIONS, LLC

Title: MANAGER

Address: 2910 W PARKSIDE LN #130
PHOENIX, AZ 85027